UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

                Plaintiff,

       -v-

AMERICAN EXPRESS NATIONAL BANK,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2025

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order of Reference dated December 29, 2025, this action was referred to the undersigned for general pretrial supervision. ECF No. 10.

On December 17, 2025, Plaintiff filed a "notice" in which he seeks electronic service, remote participation by videoconference, and CM/ECF access. ECF No. 7. Plaintiff also seeks to incorporate by reference certain docket entries from a Western District of Texas docket, which were not attached to his filing. *Id.*

To the extent Plaintiff wishes to receive electronic service of notices and documents in his case, he must complete and file the attached "Consent to Electronic Service" form. Additionally, to the extent Plaintiff wishes to participate in electronic case filing in this case, he must complete and file the attached Motion for Permission for Electronic Case Filing" form, after completing the required initial steps.

To the extent Plaintiff wants to incorporate relevant docket entries from another case, those documents must be filed on this docket.

1

The undersigned notes that he generally holds pre-trial conferences by telephone but is willing to change telephone appearances to video appearances via Teams at Plaintiff's request.  Plaintiff should be on notice, however, that any litigant who brings an action in this district may be required to appear for in-person proceedings.

Finally, all pro se parties are advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases.  The Clinic may be able to provide a pro se party with advice in connection with their case.  The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's intake form available at

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/

to make an appointment.  If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m.  Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

The Clerk of Court is respectfully directed to terminate the notice at ECF No. 7 and to mail a copy of this Order to the pro se litigant.

**SO ORDERED.**

Dated: December 30, 2025
      New York, New York

                                       Henry J. Ricardo
                                       United States Magistrate Judge

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____


_____
Name (Last, First, MI)


_____
Address          City              State              Zip Code


_____
Telephone Number            E-mail Address


_____
Date                   Signature


| Click Here to Save |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff or petitioner.

-against-

_____

_____

Write the full name of each defendant or respondent.

No. _____CV_____

**MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1.  I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2.  I completed the Court's CM/ECF introduction course[1] on _____.

3.  I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4.  I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5.  I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6.  I know how to convert a document to PDF-A format.

7.  I have regular access to the technical requirements necessary to e-file successfully:

    ☐   a computer with internet access and a word processor

    type of computer I will be using: _____

_____

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: _____

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

_____

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

| | |
|---|---|
| _____ | _____ |
| Dated | Signature |

_____
Name

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Address | City | State | Zip Code |

| | |
|---|---|
| _____ | _____ |
| Telephone Number | E-mail Address |

2