UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2026

ROGELIO CRUZ JR.,

               Plaintiff,

        -v-

AMERICAN EXPRESS NATIONAL BANK,

            Defendant.

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 26, 2026, Plaintiff filed an "Emergency Omnibus Motion for Protective Order, Status Certification, and Mandatory Injunction Prior to Transfer," ECF No. 19 (the "Motion"). Upon review, it appears that the Motion is seeking relief in connection with action taken by the United States District Court for the Northern District of New York, such that the Motion is **DENIED**. *See Cruz v. United States Department of Agriculture, et al.*, No. 26-CV-90 (N.D.N.Y.) (the "N.D.N.Y. Action").

On January 26, 2026, a text order was entered in the N.D.N.Y. Action (the "Text Order") transferring that case to the Western District of Texas. *Id.*, Dkt. No. 4. In the present Motion, Plaintiff requests "to prevent a transfer that functionally extinguishes Plaintiff's access to the courts." Motion at 1. Plaintiff further notes that "[t]his Court has already acknowledged—via Text Order—that the United States Department of Agriculture ("USDA") and its subordinate agencies are the proper Defendants and that venue analysis must follow from that reality." *Id.*

1

These appear to be references to the Text Order entered in the N.D.N.Y. Action, where the USDA is named as a defendant. The only defendant named in this action is American Express National Bank. Therefore, because this Court cannot grant the requested relief, the Motion is **DENIED** without prejudice to Plaintiff seeking relief in the proper court.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 19 as **DENIED** and to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: January 27, 2026
    New York, New York

        Henry J. Ricardo
        United States Magistrate Judge

2