UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2026

ROGELIO CRUZ JR.,

Plaintiff,

-v-

AMERICAN EXPRESS NATIONAL BANK,

Defendant.

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion for a protective stay, ECF No. 22 (the "Motion"). The Motion is **DENIED**. Plaintiff is reminded that he must file an amended complaint by February 10, 2026, *see* ECF No. 20, or this case will move forward based on the original complaint. Plaintiff is further reminded that if he files an amended complaint, he must request a new order of service and summonses for all defendants by February 17, 2026. *Id.* Further, service of any complaint must comply with the 90-day deadline set forth in Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 22 as **DENIED** and to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: February 4, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge

1