UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

          Plaintiff,

    -v-

AMERICAN EXPRESS NATIONAL BANK,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2026

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's "Emergency Motion for Default Judgment and/or Order to Show Cause Why Default Should Not Enter," ECF No. 39 (the "Motion"). A motion for entry of a default judgment must comply with Rules 55.1 and 55.2 of the Local Rules for the Southern and Eastern Districts of New York (the "Local Rules"). Additionally, although a summons was issued on January 7, 2026, the docket does not indicate that Defendant has been served, such that the Motion is premature. Because the Motion does not comply with the Local Rules and is premature, it is **DENIED** without prejudice.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 39 as **DENIED**, and to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: February 26, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1