UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

              Plaintiff,

       -v-

AMERICAN EXPRESS NATIONAL BANK,

              Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/4/2026 |

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's "Master Construct: Judicial Complaint, Emergency Motion for Recusal, and Notice of Structural Failure," ECF No. 49 (the "Motion"). Plaintiff previously sought recusal of the undersigned in the filing at ECF No. 24. The undersigned denied that motion on February 12, 2026. ECF No. 28. The current Motion is phrased differently, but it largely focuses on a "[p]attern of denying ADA accommodations without individualized assessment." Motion at 5. Upon review, this allegation is similar in substance to the claim made in the prior motion that the undersigned "engaged in the exact same conduct" as the Defendant. ECF No. 24 at 1–2. The complaint charges the Defendant with denying ADA accommodations. ECF No. 1 at 6. Thus, the present Motion is **DENIED** for the same reasons as the earlier recusal motion.

The undersigned declines to rule on Plaintiff's requests regarding Judge Oetken, and the denial of the Motion is without prejudice to such requests.

The Clerk of Court is respectfully directed to terminate the Motion at ECF

No. 49 as **DENIED**, and to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: March 4, 2026
　　　　New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2