UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

              Plaintiff,

      -v-

AMERICAN EXPRESS NATIONAL BANK,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2026

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's "Emergency Motion for Default Judgment, Show Cause Why Default Should Not be Entered, and Incorporated Memorandum of Law," ECF No. 53 (the "Motion"). The Motion requests the same relief as Plaintiff's previous motion at ECF No. 39, which the undersigned denied on February 26, 2026, ECF No. 43 (the "Order"). For the reasons set forth in the Order, the Motion is **DENIED**. Additionally, the docket reflects that a response to the complaint is not yet due. *See* ECF Nos. 45, 46.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 53 as **DENIED**, and to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: March 9, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1