UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

                Plaintiff,

          -v-

AMERICAN EXPRESS NATIONAL BANK,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/10/2026__

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion, ECF No. 58 (the "Motion"), requesting entry of a default judgment against Defendant and the imposition of sanctions against the undersigned and Judge Oetken.  For the foregoing reasons, the Motion is **DENIED**.

Plaintiff has previously requested entry of a default judgment against Defendant, which was denied in the orders at ECF Nos. 43 and 54.  For the same reasons articulated in those orders, Plaintiff's latest request for entry of a default judgment is **DENIED**.  Specifically, as the docket reflects, Defendant's answer is not due yet.  *See* ECF No. 46.  Thus, there is no basis for a default.  *See* ECF No. 54.  Even if there were, Plaintiff has failed to comply with Local Rules 55.1 and 55.2.  *See* ECF No. 43.

Regarding Plaintiff's request that sanctions be imposed, Plaintiff has not identified any legal authority for the undersigned to sanction himself or Judge Oetken.  Even if he had, Plaintiff's complaints are, in substance, that the case has

1

not proceeded to his liking.  This is not a proper basis for any type of complaint against a judge.  Therefore, the request for sanctions is **DENIED**.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 58 as **DENIED**.

**SO ORDERED.**

Dated: April 10, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge

2