USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/27/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

                Plaintiff,

        -v-

AMERICAN EXPRESS NATIONAL BANK,

                Defendant.

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion, ECF No. 67 (the "ECF Motion"), requesting ECF privileges, and Plaintiff's motion, ECF No. 68 (the "Motion to Strike," collectively, the "Motions"), requesting to strike Defendant's response to the complaint.  For the reasons described below, the Motions are **DENIED**.

### I.  THE ECF MOTION

Plaintiff previously requested ECF privileges in his filing at ECF No. 7, entered on the docket on December 22, 2025.  The undersigned denied this request on December 30, 2025 in the order at ECF No. 11 (the "Order").  The renewed motion currently before the Court is denied for the same reasons as set forth in the Order.  Additionally, Plaintiff's multiple repetitive filings in this case to date demonstrate that he would abuse ECF filing privileges if they were extended to him.  Therefore, the ECF Motion is **DENIED**.

### II.  THE MOTION TO STRIKE

Plaintiff requests to strike Defendant's response to his complaint, ECF No. 64

(the "Motion to Dismiss"), because the response was served via FedEx.  However, service was proper pursuant to Rule 5 of the Federal Rules of Civil Procedure.  As explained in the Order, if Plaintiff wishes to receive electronic service of notices and documents in his case, he must complete the required form.  The docket does not indicate that he has done so.  Moreover, Plaintiff filed his request to strike the same day that Defendant filed the Motion to Dismiss, demonstrating that Plaintiff has access to the docket and has actual notice of Defendant's filing.  Therefore, the Motion to Strike is **DENIED**.  However, in the interest of avoiding needless disputes over service, **Defendant is directed to email copies of its motion papers to Plaintiff** at the address he has provided.

### III.    MOTION TO DISMISS BRIEFING SCHEDULE

Defendant filed the Motion to Dismiss on April 20, 2026.  Pursuant to Rule 10 of Judge Oetken's Individual Rules and Practices in Civil *Pro Se* Cases, Plaintiff's opposition shall be filed by **May 18, 2026.**  Defendant shall file its reply **within two weeks of service of opposition papers**.

### IV.    CONCLUSION

For the foregoing reasons, the ECF Motion at ECF No. 67 and the Motion to Strike at ECF No. 68 are **DENIED**.  The Clerk of Court is respectfully directed to terminate the Motions.

2

**SO ORDERED.**

Dated: April 27, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

3