UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

                    Plaintiff,

        -v-

AMERICAN EXPRESS NATIONAL BANK,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/6/2026____

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion, ECF No. 72 (the "Motion"), requesting ECF privileges and that the Court waive the fees for Public Access to Court Electronic Records ("PACER").  For the reasons described below, the Motion is **DENIED**.

Plaintiff has previously filed numerous motions requesting ECF privileges. *See* ECF Nos. 7, 12, 15, 67.  The undersigned has denied each of these requests.  *See* ECF Nos. 11, 17, 70.  For the reasons stated in the orders at ECF Nos. 11, 17, and 70, Plaintiff's latest request for ECF privileges is **DENIED**.

Plaintiff's request that the Court waive PACER fees is also **DENIED**.  The Judicial Conference of the United States has issued a fee schedule that sets the price for accessing PACER.  *See* Electronic Public Access Fee Schedule, Effective January 1, 2020 ("Fee Schedule"), https://perma.cc/SJ95-6MJG.  Paragraph 8 of the Fee Schedule lists automatic fee exemptions.  *Id.*  The Fee Schedule also permits courts to grant additional, discretionary exemptions under limited circumstances.

1

*Id.* ¶ 9.  A party seeking an exemption cannot rely on IFP status alone.  *Oliva v. Brookwood Coram I, LLC*, No. 14-CV-2513, 2015 WL 1966357, at *1–2 (E.D.N.Y. Apr. 30, 2015).  "Rather, a party must demonstrate that an additional exemption 'is necessary . . . to avoid unreasonable burdens and to promote public access to information.'"  *Id.* (quoting Fee Schedule ¶ 9).

Under the automatic exemptions, and as a *pro se* litigant, Plaintiff is entitled to one free electronic copy of all documents filed electronically in his case.  In addition to noting his IFP status, Plaintiff has alleged that he needs free access to PACER to search the docket to check deadlines, review orders, and prepare responses.  Motion at 2.  However, aside from responding to the Defendant's motion to dismiss, which it appears Plaintiff has done already, no further responses from Plaintiff are required and he is not subject to any other deadlines currently.  Accordingly, Plaintiff's request that the Court waive PACER fees is **DENIED**.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 72 as **DENIED**.

**SO ORDERED.**

Dated: May 6, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2