UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ, JR.,

Plaintiff,

-v-

AMERICAN EXPRESS NATIONAL
BANK,

Defendant.

25-CV-9951 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On June 26, 2026, Plaintiff Rogelio Cruz, Jr.,[1] proceeding *pro se*, filed an emergency

motion for a temporary restraining order and preliminary injunction against the City of Austin,

Texas (the "City"). (ECF No. 81.) Plaintiff states that the City of Austin scheduled a water

disconnection at 10800 Tall Oak Trail, Austin, Texas 78750 for June 26, 2026, allegedly in

retaliation for lawsuits Plaintiff has filed against the City and other defendants. (*Id.* at 2-3.) He

asks the Court to order the City to, among other things "immediately cease all water

disconnection activities at 10800 Tall Oak Trail, Austin, Texas 78750." (*Id.* at 6.)

The City of Austin, however, is not a party to this case. And as a general matter, a court

may not award injunctive relief against a nonparty. *See Doctor's Assocs., Inc. v. Reinert &*

*Duree, P.C.*, 191 F.3d 297, 302 (2d Cir. 1999); Fed. R. Civ. P. 65(d) (providing, in relevant part,

that "[e]very order granting an injunction . . . binds only . . . the parties"); 11A Charles A. Wright

& Arthur R. Miller, *Federal Practice and Procedure* § 2956 (3d ed. 2020) ("A court ordinarily

does not have power to issue an order against a person who is not a party and over whom it has

not acquired in personam jurisdiction."). Nor does Plaintiff allege any facts indicating that his

---

[1] It appears that Plaintiff now goes by the name "thul'ruuk." (*See* ECF No. 81 at 1.) For clarity,
however, the Court refers to Plaintiff by his name on the docket.

1

motion "falls within the narrow exceptions to this general principle in Federal Rule of Civil Procedure 65(d)." *Iacobi v. Murray*, No. 22-CV-2245, 2023 WL 5596200, at *2 (E.D.N.Y. Aug. 29, 2023).

Accordingly, because the Court does not have the power to enjoin the actions of the City of Austin, Texas, which is not a party to this case, Plaintiff's motion for a temporary restraining order and preliminary injunction is DENIED.

The Clerk of Court is directed to close the motion at Docket Number 81.

SO ORDERED.

Dated: July 1, 2026
New York, New York

_____
J. PAUL OETKEN
United States District Judge

2