USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

Plaintiff,

-v-

AMERICAN EXPRESS NATIONAL BANK,

Defendant.

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of "Plaintiff's Emergency Motion for Declaratory Judgment, Supervisory Relief, and Notice of Constitutional and Statutory Concerns," ECF No. 84 (the "Motion"). The Motion is **DENIED**.

Plaintiff continues to file motions seeking substantially the same relief as previously filed motions that were denied. In his latest filing, ECF No. 84, Plaintiff seeks, *inter alia*, a declaration that all service must be made by email and that he should be relieved from paying PACER fees. Plaintiff has sought this same relief multiple times. *See, e.g.*, ECF Nos. 70 and 73. These requests are denied again for the reasons described previously.

Plaintiff also appears to renew his request for injunctive relief against the City of Austin. Judge Oetken already denied this relief and nothing in Plaintiff's filing addresses the obvious obstacles preventing this Court from granting such relief, which were described in Judge Oetken's order. ECF No. 83. Accordingly, this request must be denied.

Finally, Plaintiff appears to ask for declaratory relief that is tantamount to winning the case. It is premature to grant Plaintiff such relief and this request is denied without prejudice.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 84 as **DENIED**.

**SO ORDERED.**

Dated: August 10, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge