USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

Plaintiff,

-v-

AMERICAN EXPRESS NATIONAL BANK,

Defendant.

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of "Plaintiff's Consolidated Motion for Partial Summary Judgment, Notice of Perjury, Contempt, and Systemic Obstruction, and Request for Immediate Relief," ECF No. 88 (the "Motion"). For the reasons described below, the Motion is **DENIED**.

Plaintiff's request that the Court grant partial summary judgment is denied solely on procedural grounds and the undersigned makes no ruling on the merits. First, the Motion is premature. There is a pending motion to dismiss, ECF No. 64, and discovery has not yet begun. Second, the Motion fails to comply with Rule 56.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. Plaintiff's Motion for partial summary judgment is denied without prejudice for these reasons.

Plaintiff also claims that Defendant is in contempt and has committed perjury. These contentions are grounded in the assertions that Defendant violated the undersigned's service order and lied about it. On April 27, 2026, the

undersigned ordered, "in the interest of avoiding needless disputes over service, Defendant is directed to email copies of its motion papers to Plaintiff at the address he has provided." ECF No. 70 at 2. Defendant complied with this directive and, in addition to serving Plaintiff by email as he had requested, sent copies of its filings by FedEx. *See* ECF No. 87. The Court's order did not prohibit additional service by FedEx. Plaintiff's claims of contempt and perjury are frivolous and any request for relief in relation thereto is denied.

The remaining portions of the Motion rehash grievances Plaintiff has expressed previously in relation to the Administrative Office of the Courts, this Court, other courts, and the City of Austin. Any request for relief in connection with these matters is denied for the reasons described previously.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 88 as **DENIED**.

**SO ORDERED.**

Dated: August 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge