USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

Plaintiff,

-v-

AMERICAN EXPRESS NATIONAL BANK,

Defendant.

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of "Plaintiff's Motion for Enforcement of ADA Accommodation and Restoration of PACER Access," ECF No. 95 (the "Motion"). For the reasons set forth below, the Motion is **GRANTED IN PART and DENIED IN PART.**

Plaintiff's request that Defendant serve him by email only is granted. Defendant shall only serve Plaintiff via email for all future filings.

Plaintiff's request that the Court restore Plaintiff's PACER access and waive all PACER fees is denied for the same reasons set forth in the Court's May 6, 2026 order, ECF No. 73.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 95 as **GRANTED IN PART and DENIED IN PART.**

**SO ORDERED.**

Dated: September 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge