USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

Plaintiff,

-v-

AMERICAN EXPRESS NATIONAL BANK,

Defendant.

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion, ECF No. 99 (the "Motion"). The Motion is, in substance, a document request. Document requests should be served on the opposing party and not filed on the docket. The court does not construe this filing as a letter motion raising a discovery dispute because this appears to be the first transmission of Plaintiff's request to Defendant. The Motion is therefore **DENIED AS MOOT**.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 99 as **DENIED AS MOOT**.

**SO ORDERED.**

Dated: October 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge