USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

Plaintiff,

-v-

AMERICAN EXPRESS NATIONAL BANK,

Defendant.

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Motion for Summary Judgment, Sanctions, and Injunctive Relief, ECF No. 110 (the "Motion"). For the reasons described below, the Motion is **DENIED**.

Plaintiff's request that the Court grant summary judgment is denied solely on procedural grounds and the undersigned makes no ruling on the merits. First, the Motion fails to comply with Rule 56.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. Second, in light of the dismissal of Plaintiff's claims, *see* ECF No. 106, subject to reassertion by amended complaint, a motion for summary judgment at this stage is improper. For the same reason, Plaintiff's request for injunctive relief is improper at this stage.

Additionally, Plaintiff's request for sanctions is without merit. The request is premised on Defendant violating Court orders. However, as the undersigned previously stated in the order at ECF No. 89, Defendant has not violated the Court's orders.

Therefore, Plaintiff's Motion is **DENIED**. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 110.

**SO ORDERED.**

Dated: October 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge