USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

Plaintiff,

-v-

AMERICAN EXPRESS NATIONAL BANK,

Defendant.

**ORDER**

25-CV-9951 (JPO) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion, ECF No. 119 (the "Motion"). The court's Pro Se Intake Unit is changing its procedures for accepting documents from pro se litigants, effective November 13, 2026. Plaintiff's Motion requests, in substance, to continue using the old procedures as a disability accommodation. Without identifying any specific impediment that the new Pro Se Document Submission Portal would impose, Plaintiff essentially asks the Court to ensure that the new portal will not present barriers to his participation in the lawsuit before he must use it. While any new system can encounter challenges, there is no apparent reason why this particular portal would impede Plaintiff's participation in the case. His motion is therefore **DENIED**.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 119 as **DENIED**.

**SO ORDERED.**

Dated: November 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge