UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO CRUZ JR.,

Plaintiff,

-against-

AMERICAN EXPRESS NATIONAL BANK.,

Defendant.

25 CIVIL 09951 (JPO)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated October 22, 2026, and the Court's Text Only Order dated November 20, 2026, American Express's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
November 23, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**